1  Maurice Harmon (MH-9419)
   Harmon & Seidman LLC
2  The Pennsville School
   533 Walnut Drive
3  Northampton, PA  18067
   Telephone:  610.262.9288
4  Fax:  610.262.9557
   maurice@harmonseidman.com
5
   Christopher Seidman (admitted *pro hac vice)*
6  Harmon & Seidman LLC
   101 South Third Street, Suite 265
7  Grand Junction, CO  81501
   Telephone:  970.245.9075
8  Fax:  970.245.8086
   chris@harmonseidman.com
9  Amanda L. Bruss (admitted *pro hac vice*)
   Harmon & Seidman, LLC
10 12354 East Bates Circle
   Aurora, CO 80014
11 Telephone: 415.271.5754
   Fax: 970.245.8086
12 Email: amanda@harmonseidman.com
13 *Attorneys for Plaintiff DRK Photo*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| DRK Photo, a sole proprietorship,<br><br>Plaintiff,<br><br>v.<br><br>Pearson Education, Inc.<br>and John Doe Printers 1-10,<br><br>Defendants. | No. 3:11-cv-08097-PGR<br><br>**JOINT STATUS REPORT AND REQUEST FOR CONFERENCE** |

**JOINT STATUS REPORT AND REQUEST TO LIFT STAY**

Pursuant to this Court's Order dated April 4, 2014 (Doc. 36), Plaintiff DRK Photo ("DRK") and Defendant Pearson Education, Inc. ("Pearson"), by and through their undersigned counsel, hereby submit this Joint Status Report:

1. On October 11, 2011, DRK filed an Arbitration Demand with the American Arbitration Association ("AAA") pursuant to this Court's October 5, 2011 Order referring certain of DRK's claims to arbitration.

2. On February 17, 2014, the parties agreed in principle to a settlement of certain claims. On April 4, 2014, the parties executed a formal settlement agreement. In connection with this agreement, on April 8, 2014, DRK submitted a notice to dismiss certain claims from this case with prejudice. (Doc. 37).

3. The arbitration has been resolved. The parties jointly request a status conference to discuss how to proceed with the claims that remain before the Court.

Case 3:11-cv-08097-PGR Document 38 Filed 04/24/14 Page 3 of 4

Dated: April 24, 2014

By: *s/ Amanda L. Bruss*
Amanda L. Bruss
Harmon & Seidman LLC
12354 East Bates Circle
Aurora, CO 80014

Christopher Seidman
Harmon & Seidman LLC
101 S. 3rd Street, Suite 265
Grand Junction, CO 81501

Maurice James Harmon
Harmon & Seidman LLC
The Pennsville School
533 Walnut Drive
Northampton, PA 18067

*Attorneys for Plaintiff DRK Photo*

By: *s/ David W. Marston Jr.*
David W. Marston Jr. (admitted *pro hac vice*)
Dana E. Becker (admitted *pro hac vice*)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

Philip R. Higdon
Perkins Coie LLP
2901 N. Central Avenue, Suite 2000
Phoenix, AZ 85012-2788

*Attorneys for Defendant Pearson Education, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2014, I caused the foregoing pleading to be filed via the CM/ECF system, which will serve a Notice of Electronic Filing to all counsel of record.

                                              *s/ Amanda L. Bruss*
                                              Amanda L. Bruss